UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CESAR ROMERO, | ) | Case No. CV 07-7620 VAP(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is denied and this action is dismissed with prejudice.

DATED: _July 15, 2010_____

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE